

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00807-CV

**IN RE** Jacklyn **DAVIDSON**

Original Proceeding[1]

**ORDER**

On December 9, 2022, relator filed a second first amended petition for writ of mandamus.[2] Relator also filed a motion for temporary relief. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is **DENIED** as moot.

It is so **ORDERED** on December 28, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-PA-01621, styled *In the Interest of E.D., et al, Children*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Linda A. Rodriguez presiding.

[2] Relator's first filed first amended petition for writ of mandamus was stricken for violating Texas Rule of Appellate Procedure 9.9.